IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| PRUET PRODUCTION CO.,<br><br>    Plaintiff<br><br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>    Defendant. | Adv. No. 21-01052-EEB |

### ORDER GRANTING EAST WEST BANK'S MOTION
### TO INTERVENE IN ADVERSARY PROCEEDING

THIS MATTER, having come before the Court on East West Bank's Motion to Intervene in Adversary Proceeding ("Motion"), the Court having reviewed the Motion, finding good cause for granting the requested relief, does hereby

**ORDER**

That the Motion is GRANTED.  EWB is hereby authorized to intervene in this Adversary Proceeding.  EWB shall file the form of answer attached as Exhibit A to the Motion, and is hereby authorized to participate as a party to this Adversary Proceeding.

Dated:  April 16, 2021

BY THE COURT:

*Elizabeth E. Brown* (signature)

Elizabeth E. Brown,
United States Bankruptcy Judge